UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK, LLC, et al,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CARLOS FLORES,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 10-1443 LJO GSA<br><br>**ORDER DIRECTING CLERK TO UNSEAL CASE** |

The Clerk of the Court is directed to UNSEAL this case, including the parties' names and all documents. The reason for the original sealing has now been removed.

IT IS SO ORDERED.

**Dated:   August 26, 2010**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE