FILED

AUG 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C. a Texas Limited Liability Company, and NAGRASTAR L.L.C., a a Colorado Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>CARLOS FLORES an individual, aka "karloz25" dba www.fta-spot.com and The Media Creative Group ("TMC")<br><br>Defendants. | Case No.: 1:10-CV-001443-LJO-GSA<br><br>**ORDER PURSUANT TO STIPULATION:**<br><br>1. CONFIRMING 8/20/10 IMPOUNDMENT;<br><br>2. GRANTING PRELIMINARY INJUNCTION;<br><br>3. EXONERATING BOND;<br><br>4. VACATING 8/30/10 SHOW CAUSE HEARING. |

The Court having read and considered the **STIPULATION REGARDING "SHOW CAUSE" HEARING, TEMPORARY RESTRAINING ORDER, IMPOUNDMENT**

---

Order re: Impoundment/Preliminary Injunction/Bond/Vacate Show Cause hearing    1

1  **ORDER and BOND** (hereinafter the "Stipulation") executed by the parties herein on August 20, 2010, and; GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** as follows:

1. The items seized through the Impoundment Order executed on August 20, 2010 may be impounded by the Plaintiffs or their agent pending the trial in this action;

2. The Temporary Restraining Order issued by the Court on August 12, 2010 is hereby confirmed as the Preliminary Injunction in this civil action;

3. The Defendant having waived any claim on the bond in this action and stipulated to its release; the bond filed on 8/18/10 is hereby exonerated in full.

4. The "Show Cause" hearing set for Monday, August 30, 2010 at 8:30 a.m. is vacated and off calendar.

Dated: August 26, 2010

UNITED STATES DISTRICT JUDGE