1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company, <br><br> Plaintiffs <br><br> v. <br><br> CARLOS FLORES an individual, aka "karloz25" dba www.fta-spot.com and The Media Creative Group ("TMC") <br><br> Defendant | CASE NO: 1:10-cv-01443-LJO-GSA <br><br> **ORDER GRANTING  ASSENTED TO MOTION FOR POSTPONEMENT OF CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME FOR DEFENDANT TO PLEAD** <br><br> Associated Declaration of John McLaughlin filed herewith |

Having considered Plaintiffs' "Assented to Motion for Postponement of Case Management Conference and to Extend Time for Defendant to Plead" and the Declaration of John M. McLaughlin in Support of said Motion, the Court finds:

1.    That the case management conference currently scheduled for November 23, 2010 is now scheduled for January 25, 2010 at 10:00 a.m. before Magistrate Judge gary S. Austin in courtroom 10 on the 6th floor.

2.      The deadline for the Defendant to file responsive pleadings is extended until December 15, 2010.


**IT IS SO ORDERED.**


Dated : _November 3, 2010


_____/s/ Gary S. Austin_____

UNITED STATES MAGISTRATE JUDGE